NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
**MORRIS POLICH & PURDY LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: NWieczorek@mpplaw.com

Attorneys for Plaintiff
MARKEL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARKEL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT C. GRAHAM, LTD. dba LAWYERS WEST dba ROBERT GRAHAM & ASSOCIATES; ROBERT C. GRAHAM, an individual; DELWYN WEBBER, an individual; MICHELE CHAMBERS, an individual; WILLIAM ELLISON, an individual; AUDREY GALLOWAY, an individual; OLESYA SIDORKINA, an individual,<br><br>Defendants. | Case No.: 2:17-cv-00975-RFB-GWF<br><br>**STIPULATION FOR DISMISSAL OF AUDREY GALLOWAY WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff Markel Insurance Company ("MIC") and Defendant Audrey Galloway ("Galloway") (collectively the "Parties") that the Complaint be dismissed without prejudice as to Defendant Audrey Galloway only, as follows:

**STIPULATION**

A. MIC recently filed a Complaint seeking rescission and declaratory relief in this Court with respect to a Lawyers Professional Liability Insurance Policy (the "Policy") issued to Defendant Robert C. Graham, Ltd. dba Lawyers West dba Robert Graham & Associates ("Lawyers West"). Galloway was listed in the Policy as a lawyer in the Lawyers West firm. MIC believed that, as such, she could have potentially sought benefits under the Policy if a claim was made against her and thus

may have had an interest in whether the Policy was rescinded. As such, MIC included her as a defendant in this case.

B. After being served with the Complaint, Galloway contacted MIC counsel and represented that she had previously been a non-partner lawyer in the Colorado office of Lawyers West, did not have contact with the firm's Nevada clients, would not seek benefits under the Policy under any circumstances and as such did not have any interest in or wish to be involved in the case.

C. In consideration of Galloway's representations, MIC agreed to dismiss her from the action.

D. Based on the foregoing, the Parties stipulate that Galloway is barred from seeking benefits under the Policy and will be dismissed from the case without prejudice.

F. Defendant Galloway has made no initial appearance in this case to date.

G. Pursuant to this stipulation, the Parties will bear their own attorneys' fees and costs. A voluntary dismissal of the Complaint against Galloway only will be filed upon approval of this stipulation.

DATED this 3 day of MAY, 2017.

MORRIS POLICH & PURDY LLP

By: _____
NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: nwieczorek@mpplaw.com
Attorney for Plaintiff

AUDREY GALLOWAY

By: _____
AUDREY GALLOWAY

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 5th day of May, 2017.