NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
**MORRIS POLICH & PURDY LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: NWieczorek@mpplaw.com

Attorneys for Plaintiff
MARKEL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARKEL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT C. GRAHAM, LTD. dba LAWYERS WEST dba ROBERT GRAHAM & ASSOCIATES; ROBERT C. GRAHAM, an individual; DELWYN WEBBER, an individual; MICHELE CHAMBERS, an individual; WILLIAM ELLISON, an individual; AUDREY GALLOWAY, an individual; OLESYA SIDORKINA, an individual, <br><br> Defendants. | Case No.: 2:17-cv-00975-RFB-GWF <br><br> **JOINT STIPULATION AND ORDER TO CONTINUE RULE 26(f) REPORT DUE DATE AND SCHEDULING CONFERENCE (F.R.C.P. 16(b)(2), L.R. 7-1)** <br><br> **(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between plaintiff Markel Insurance Company ("Plaintiff") and defendants Robert C. Graham, Ltd. dba Lawyers West dba Robert Graham & Associates, and Delwyn Webber (collectively "Defendants"), by and through their counsel, that the Court is requested to enter an order to continue the due date for the Parties' Rule 26(f) Report, currently set for June 23, 2017, to **July 24, 2017.**

    1.    WHEREAS, Plaintiff filed its Complaint on April 5, 2017.

    2.    WHEREAS, Defendant Audrey Galloway was dismissed without prejudice on May 5, 2017.

    3.    WHEREAS, Defendant Delwyn Webber filed an Answer on May 9, 2017.

-1-
JOINT STIPULATION AND ORDER TO CONTINUE RULE 26(f) REPORT DUE DATE AND SCHEDULING CONFERENCE

4. WHEREAS, Defendant William Ellison was dismissed without prejudice on May 22, 2017.

5. WHEREAS, a Default was entered against defendant Robert C. Graham, an individual, on June 15, 2017.

6. WHEREAS, Defendant Robert C. Graham, Ltd. dba Lawyers West dba Robert Graham & Associates filed an Answer on June 16, 2017 pursuant to a stipulated extension of time.

7. WHEREAS, Defendant Michele Chambers was served with the Complaint on April 14, 2017 but has not yet filed an appearance.

8. WHEREAS, Plaintiff has been unsuccessful after several attempts in effecting service on Defendant Olesya Sidorkina. As a result, Plaintiff is preparing an Application for Service by Publication of Defendant Olesya Sidorkina.

9. WHEREAS, Plaintiff intends to name Linda Graham, the spouse of Defendant Robert C. Graham, as a defendant in this case. Plaintiff filed a Motion for Relief From Stay in Linda Graham's Chapter 7 Bankruptcy proceeding in the United States Bankruptcy Court, District of Colorado (Case No.: 16-22532-CDP). Plaintiff's motion is unopposed and will be heard on June 21, 2017. Should relief from the stay is granted, Plaintiff will amend the Complaint in this case to add Linda Graham as a Defendant.

10. WHEREAS, the Parties intend to stipulate to continuing the Rule 26(f) Report due date to **July 24, 2017**, thereby also effectively continuing any Scheduling Conference, so that all Defendants may be added and/or served prior to scheduling the Scheduling Conference.

11. WHEREAS, the parties can show the requisite "good cause" needed for this Court to grant the Parties' proposed continuance. *See* Fed. R. Civ. P. 16(b)(2) (noting that a trial court may continue a Scheduling Conference if "good cause" is found).

(1) Defendant Olesya Sidorkina has not effectively been served.

(2) Plaintiff intends to amend to the Complaint to add Linda Graham as a defendant.

(3) Defendant Michele Chambers has not filed an appearance.

(4) It would be premature to require the Parties to develop a Rule 26(f) Report and engage in pre-discovery correspondence when all Parties have not yet been served or had an opportunity to file a responsive pleading.

| | |
|---|---|
| 1 | (5) Defendant Michele Chambers has not filed an appearance. |
| 2 | 12. WHEREAS, Local Rule 7-1 allows the Parties to file stipulations with the Court, subject to Court approval. |
| 4 | 13. WHEREAS, "the district court is given broad discretion in supervising the pretrial phase of litigation." *Zivkovic v. S. California Edison Co.*, 302 F.3d 1080, 1087 (9th Cir. 2002). |
| 6 | 14. NOW, THEREFORE, the Parties stipulate that: |

(1) the due date for the Parties' Rule 26(f) Report, currently set for June 23, 2017, be continued to **July 24, 2017**; and

(2) the scheduling conference, not yet on the Court's calendar, be set for some time after July 24, 2017.

IT IS SO STIPULATED.

**MORRIS POLICH & PURDY LLP**

Date: June  23 , 2017

By: */s/ Nicholas M. Wieczorek*
NICHOLAS M. WIECZOREK
Nevada Bar No. 6170
500 South Rancho Drive, Suite 17
Las Vegas, Nevada 89106
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Email: NWieczorek@mpplaw.com
Attorneys for Plaintiff
MARKEL INSURANCE COMPANY

**ANDERSEN LAW FIRM, LTD.**

Date: June  23 , 2017

By: */s/ Ryan A. Anderson*
RYAN A. ANDERSEN (Bar No. 12321)
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Telephone: (702) 522-1992
Facsimile: (702) 825-2824
Email: randersen@andersenlawlv.com
Attorneys for Defendant
ROBERT C. GRAHAM, LTD. dba LAWYERS WEST dba ROBERT GRAHAM & ASSOCIATES

. . . . .

. . . . .

Date: June _23_, 2017        By: _/s/ Todd E. Kennedy_
                                                      TODD E. KENNEDY (Bar No. 6014)
                                                      10777 West Twain Avenue, Third Floor
                                                      Las Vegas, Nevada 89135
                                                      Telephone: (702) 869-8801
                                                      Facsimile: (702) 869-2669
                                                      Email: tkennedy@blacklobello.law
                                                      Attorneys for Defendant
                                                      DELWYN WEBBER

**IT IS SO ORDERED.**

Dated this _27th_ day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE