| | |
|---|---|
| 1 | NICHOLAS M. WIECZOREK |
| | Nevada Bar No. 6170 |
| 2 | **CLARK HILL PLLC** |
| | 3800 Howard Hughes Parkway, Suite 500 |
| 3 | Las Vegas, Nevada 89169 |
| | Telephone: (702) 862-8300 |
| 4 | Facsimile: (702) 862-8400 |
| | Email: NWieczorek@clarkhill.com |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | MARKEL INSURANCE COMPANY |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARKEL INSURANCE COMPANY, | Case No.: 2:17-cv-00975-RFB-GWF |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF LINDA GRAHAM WITHOUT PREJUDICE** |
| ROBERT C. GRAHAM, LTD. dba LAWYERS WEST dba ROBERT GRAHAM & ASSOCIATES; ROBERT C. GRAHAM, an individual; DELWYN WEBBER, an individual; MICHELE CHAMBERS, an individual; OLESYA SIDORKINA, an individual, LINDA MARIE GRAHAM, an individual, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Markel Insurance Company ("Markel") and Defendant Linda Graham (collectively the "Parties") that the Complaint be dismissed without prejudice as to Defendant Linda Graham as follows:

## STIPULATION

A. Markel has filed a complaint for declaratory judgment in this Court, seeking a judicial determination of its relative rights and responsibilities with respect to insurance coverage provided to the Defendants, including Defendant Linda Graham.

B. Defendant Linda Graham was an attorney in the offices of Defendant Robert Graham, and may potentially stand as an additional insured under the policy dependent upon the outcome of this litigation.

C. Defendant Linda Graham does not wish to participate in this declaratory judgment action, and does not take a position as to whether she would be entitled to any defense or indemnity benefits or proceeds of the policy at some future date.

D. In consideration of Linda Graham's agreement not to challenge the position taken by Markel in this litigation, nor to otherwise seek either now or in the future to invoke benefits under the Markel policy at issue, the parties stipulate that the complaint as to Defendant Linda Graham will be dismissed, without prejudice.

E. Defendant Linda Graham filed an Answer to the First Amended Complaint for Recission and Declaratory Relief on October 6, 2017.

F. Pursuant to this stipulation, all parties will bear their own attorneys' fees and costs. A voluntary dismissal of the complaint allegations as to Defendant Linda Graham only will be filed upon approval of this stipulation.

DATED this 20 day of December 2017.

| CLARK HILL PLLC | LINDA GRAHAM |
|---|---|
| By: /s/ Nicholas M. Wieczorek | By: /s/ Linda Graham |
| NICHOLAS M. WIECZOREK | LINDA GRAHAM |
| Nevada Bar No. 6170 | 8010 S. County Road 5, #207 |
| 3800 Howard Hughes Parkway, Suite 500 | Fort Collins, Colorado 80529 |
| Las Vegas, Nevada 89169 | In proper person |
| Telephone: (702) 862-8300 | |
| Facsimile: (702) 862-8400 | |
| Email: nwieczorek@clarkhill.com | |
| Attorney for Plaintiff | |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 21st day of December, 2017.

216650681.1

-2-
STIPULATION FOR DISMISSAL OF LINDA GRAHAM WITHOUT PREJUDICE